ACCEPTED
03-15-00292-CV
6703962
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 2:29:36 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00292-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 2:29:36 PM
JEFFREY D. KYLE
Clerk

THE CITY OF AUSTIN, Defendant – Appellant

v.

JENNIFER FRAME, INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF JOHN WILLIAM GRIFFITH, GREG
GRIFFITH, CHERYL BURRIS AND DIANA PULIDO, Plaintiff - Appellee

Appeal from Cause No. D-1-GN-12-003557
53rd Judicial District Court of Travis County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, INTERIM CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION
CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
Chris.edwards@austintexas.gov
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone:  (512) 974-2419
Facsimile:   (512) 974-1311

**COUNSEL FOR DEFENDANT - APPELLANT**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant the City of Austin asks the court to extend the time to file Appellant's Reply Brief pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and in support respectfully shows:

1.    Appellees are Jennifer Frame, Individually, and as Personal Representative of the Estate of John William Griffith, Greg Griffith, Cheryl Burris and Diana Pulido.

2.    This motion is filed within the 15-day time period to file a motion to extend the time to file Appellant's Reply Brief, as required by Texas Rule of Appellate Procedure 6.6.

3.    All parties have agreed to this motion.

4.    Appellant's Reply Brief presently is due on September 15, 2015, occasioned by two (2) agreed extensions of time to file Appellees' Brief which were granted.

5.    Appellant would show that its counsel's was previously scheduled for vacation next week, her case load and work requirements have been extremely heavy during August 2015, and will remain as such through September including another appellate brief.

6.    This is the first extension requested.  Appellant's counsel requires additional time to prepare Appellant's Reply Brief herein and therefore requests

the same extension granted Appellees, a thirty (30) day extension to file Appellant's Reply Brief on October 15, 2015.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed Motion to Extend Time to file Appellant's Reply Brief until October 15, 2015 and grant Appellant all such other relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, INTERIM CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION

/s/  Chris Edwards
CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
Chris.edwards@austintexas.gov
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone:  (512) 974-2419
Facsimile:  (512) 974-1311

**COUNSEL FOR DEFENDANT - APPELLANT**

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with opposing counsel Sean Breen on August 5, 2015, who agreed to the extension.

/s/  Chris Edwards
CHRIS EDWARDS

3

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Rules of Appellate Procedure, this 28th day of August, 2015.

Sean E. Breen
State Bar No.00783715
sbreen@howrybreen.com
HOWRY BREEN & HERMAN, L.L.P.
1900 Pearl Street
Austin, TX  78705-5408
Telephone:  (512) 474-7300
Facsimile:   (512) 474-8557

Mike Davis
State Bar No. 05549500
mdavis@slackdavis.com
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
Telephone:  (512) 795-8686
Facsimile:   (512) 795-8787

**COUNSEL FOR PLAINTIFFS - APPELLEES**

/s/ Chris Edwards
CHRIS EDWARDS
Counsel for Defendant – Appellant